1  Amanda Bruss (SBN 246249)
   Bruss Legal PLLC
2  7550 East 53rd Place #172464
   Denver, CO 80217
3  Tel:  (415) 271-5754
   E-mail:  amanda@brusslegal.com
4
   Attorney for Plaintiff Nexon Korea Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to Discord, Inc. | MISC. CASE NO. 3:25-mc-80184 |
| | **DECLARATION OF AMANDA BRUSS IN SUPPORT OF REQUEST FOR SUBPOENA TO DISCORD, INC. PURSUANT TO 17 U.S.C. § 512(H)** |

I, Amanda L. Bruss, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this Court. I am over the age of majority and under no legal impediment to state the following facts.

2. I am employed by the law firm Bruss Legal (the "Firm"), counsel for Nexon Korea Corporation ("Nexon"). Amongst other works, Nexon is the owner in the United States and other territories of *MapleStory*, a free-to-play, 2D, side-scrolling online role-playing game (the "Work"), including, without limitation, artwork contained therein. The Firm is authorized to act on Nexon's behalf in the protection of copyrights and/or exclusive rights possessed by Nexon pertaining to the Work.

3. Nexon is requesting the attached proposed subpoena that would order Discord to disclose identifying information, including email address(es) and IP address(es) or other information within Discord's possession, custody, or control sufficient to identify the user(s) responsible for making available for distribution and/or otherwise controlling infringing material currently or formerly available on the server. The purpose for which this subpoena is sought is to obtain the identity of users who have posted content that infringes on the Work onto the Discord platform.

4. The information obtained will be used only for the purpose of protecting the rights granted to Nexon under the Copyright Act.

5. Under 17 U.S.C. § 512(C)(3)(A), Nexon has submitted a takedown notice to Discord identifying the infringing content posted by the infringing user(s) and provided the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: July 8, 2025                                   Respectfully Submitted,

By: */s/ Amanda L. Bruss*
Amanda Bruss (SBN 246249)
Bruss Legal PLLC
7550 East 53rd Place
Denver, CO 80217
Tel: (415) 271-5754
amanda@brusslegal.com

# EXHIBIT 1

Date: May 30, 2025

To Copyright Agent:

This notice is submitted by DAZIUNDA, LLC, on behalf of NEXON Korea. ("**Copyright Owner**"), pursuant to the Digital Millennium Copyright Act (the "**Act**") and Discord's Terms of Service.

The Copyright Owner possesses the exclusive rights to the copyrighted work (the "**Work**") identified below:

1. Title of the Work: MapleStory
    A. Official Website: https://maplestory.nexon.com/
    B. Description of the Work: MapleStory(Korean: 메이플스토리) is a 2D side-scrolling massively multiplayer online role-playing game developed and serviced by NEXON Korea.
2. Title of the Work: The Kingdom of the winds
    A. Official Website: https://baram.nexon.com/
    B. Description of the Work: The Kingdom of the winds(Korean: 바람의 나라) is a 2D massively multiplayer online role-playing game developed and serviced by NEXON Korea.

We have discovered that private servers, private server promoters, designers associated with private servers and cheat software sellers infringing upon the rights of the Copyright Owner, have been set up on Discord for illicit commercial activities, actively recruiting users.

This DMCA Notice has been written to request the immediate blockage of their servers, channels, and any IDs involved in the copyright infringement.

Please find below a detailed description of how each copyright infringer utilizes Discord for their infringing activities.

## I. Private Server

1. Circumventing the technological protective measures applied to the online game client developed and serviced by the Copyright Owner.

   A. Analyzing server-client communications through reverse engineering and developing server emulators imitating the server software developed by the Copyright Owner.
   B. Modifying the game client to connect to their server emulator IP.
2. Providing services related to the Work without lawful permission.
   A. Establishing accounts and servers on various OSPs, including Discord, to offer Work-related services for profit.
      i. Building websites.
      ii. Creating Discord IDs, servers, and channels.
      iii. Establishing Facebook pages and groups.
   B. Distributing the game client link modified as per section 1B on various OSPs including Discord.
   C. Directing users to connect to their private servers through the client mentioned in section 2B.
3. Engaging in illicit commercial activities without the permission of the Copyright Owner.
   A. Setting up various payment methods and bank accounts.
   B. Creating various in-game items on the altered client as per section 1 and promoting them through various OSPs established in section 2.
   C. Guiding users through Discord IDs to payment methods, selling in-game items through conversations, and obtaining illegal profits.

## II. Private Server Promoter

1. Creation of a Discord server specifically for promoting private servers.
2. Dissemination of invitation links to private server operators and users.
3. Granting special roles within the Discord server to private server operators
4. Establishing a channel named after the private server for promotional purposes and granting administrative privileges to the operators.

As illustrated, those involved in various forms of copyright infringement are using Discord services to maximize their illegal gains. For effective prevention of their infringing activities, immediate blocking of the Discord servers mentioned in this document is imperative.

It is important to note that simply deleting the message links cited as examples might not fully address the issue. These are instances of copyright infringement on Discord servers. To ensure comprehensive resolution, considering the blocking of both servers and the IDs of infringers might

be beneficial. This can prevent continued infringing activities and protect the interests of all involved parties.

Exhibits attached to this document provide the server IDs of each Discord Server, UIDs of the infringers, and example message links demonstrating the infringing activities, as elaborated upon for each infringer.

I hereby state, under penalty of perjury, that the information contained in this Notice is accurate and that I am the authorized agent acting on behalf of the Copyright Owner. I have a good faith belief that the use of the Work described above, and used in the manner complained of, is not authorized by the Copyright Owner, its agent, or under the law.

We trust you will understand our concerns and, as stipulated in Sections 512(c)(1)(C) and 512(d)(3) of the Act and in accordance with Discord's own Terms of Service, we demand the immediate blocking of the Discord servers used for copyright infringement.

Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the email address set forth as follows:

>    Name and Title: Sungchul Hwang, Technician
>    Company: DAZIUNDA, LLC.
>    Address: 675 Dalseo-daero, Dalseo-gu, Daegu, 42601, Republic of Korea
>    Email address: shiraz@daziunda.com
>    Telephone: +82-10-2683-1597

Truthfully

Sungchul Hwang



## Exhibits – Private Server

### 1. Infringed Work – MapleStory

| Server Name | Category | Description |
|---|---|---|
| 로얄메이플 | Website (if applicable) | https://mapleroyal.cc/ |
| | Discord Server ID | 1360179628945313883 |
| | Infringer UID | 871229837380034601, 1351863696896425984, 1353361486831026182, 1361002440589316357 |
| | Invite Code | https://discord.com/invite/qgrzSeNZbQ |
| | Example message link of infringing activity | https://discord.com/channels/1360179628945313883/1360179630300201064/1372168618145611828 |
| 루나 | Website (if applicable) | |
| | Discord Server ID | 1372175742833528884 |
| | Infringer UID | 1361017533238481098, 1326690370918289540 |
| | Invite Code | https://discord.com/invite/kwuZnpYcmM |
| | Example message link of infringing activity | https://discord.com/channels/1372175742833528884/1374007114413899796/1375412831075438615 |
| 프라임 | Website (if applicable) | |
| | Discord Server ID | 1219976871286931478 |
| | Infringer UID | 777438811671887883 |
| | Invite Code | n/a |
| | Example message link of infringing activity | https://discord.com/channels/1219976871286931478/1219980166185615370/1260611498443669707 |
| 아스티넬 | Website (if applicable) | |
| | Discord Server ID | 1236214588475838505 |
| | Infringer UID | 973327509049466951, 976769457298997268 |
| | Invite Code | n/a |
| | Example message link of infringing activity | https://discord.com/channels/1236214588475838505/1236241364014993451/1240965552428552252 |
| 메모리 리마스터 | Website (if applicable) | |
| | Discord Server ID | 1291258038359167006 |
| | Infringer UID | 1292463257919033417, 1297540781225283614 |



| | Invite Code | n/a |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1291258038359167006/1291258406140772416/1299042663210680371 |
| 메약귀 | Website (if applicable) | |
| | Discord Server ID | 1354480637427318814 |
| | Infringer UID | 522017365572059137, 593227678065098782, 1275321168433254452 |
| | Invite Code | https://discord.com/invite/CBHkbqdbY6 |
| | Example message link of infringing activity | https://discord.com/channels/1354480637427318814/1354509959815237653/1368875734646526073 |
| 메이플 플레임 | Website (if applicable) | |
| | Discord Server ID | 1306863893120942150 |
| | Infringer UID | 1247392779399860260, 1330899698403508244, 1308360765165666364 |
| | Invite Code | https://discord.com/invite/WGd4Sxn6NG |
| | Example message link of infringing activity | https://discord.com/channels/1306863893120942150/1307307424851693588/1308731856564523060 |
| 모험 | Website (if applicable) | |
| | Discord Server ID | 1305484386572963881 |
| | Infringer UID | 353861129988210688 |
| | Invite Code | https://discord.com/invite/ufvgVQFUwv |
| | Example message link of infringing activity | https://discord.com/channels/1305484386572963881/1305494585551622165/1349914112192413708 |
| 이노시스 | Website (if applicable) | |
| | Discord Server ID | 1281891989553676350 |
| | Infringer UID | 408652365051330600 |
| | Invite Code | https://discord.com/invite/GQxsMpqmYZ |
| | Example message link of infringing activity | https://discord.com/channels/1281891989553676350/1359722599906541689/1359733389992657058 |
| 벨라월드 | Website (if applicable) | |
| | Discord Server ID | 1339581147180568708 |
| | Infringer UID | 1319958971192180837 |



|  | Invite Code | https://discord.com/invite/5VnRKgW2Wc |
|---|---|---|
|  | Example message link of infringing activity | https://discord.com/channels/1339581147180568708/1340941104748429394/1347854644998832199 |
| 브로아 | Website (if applicable) |  |
|  | Discord Server ID | 1255747598346752001 |
|  | Infringer UID | 458219825982996491 |
|  | Invite Code | https://discord.com/invite/VmWf4HQ6hh |
|  | Example message link of infringing activity | https://discord.com/channels/1255747598346752001/1256418809963741194/1367488868659494982 |
| 솔방울 | Website (if applicable) |  |
|  | Discord Server ID | 1354712906901487707 |
|  | Infringer UID | 1351575131792871624 |
|  | Invite Code | https://discord.com/invite/smUFKfNpF9 |
|  | Example message link of infringing activity | https://discord.com/channels/1354712906901487707/1356746387253100769/1356823865665392760 |
| 아리아 | Website (if applicable) |  |
|  | Discord Server ID | 1016241221150199808 |
|  | Infringer UID | 1377314320102326323, 1375654678515417142 |
|  | Invite Code | https://discord.com/invite/7M3r5WWt |
|  | Example message link of infringing activity | https://discord.com/channels/1016241221150199808/1016241437748248576/1377316888786505738 |
| 아케니아 | Website (if applicable) |  |
|  | Discord Server ID | 1362651680268615795 |
|  | Infringer UID | 1361362199414571278, 1205789094748360764 |
|  | Invite Code | https://discord.com/invite/82FBy6E4wr |
|  | Example message link of infringing activity | https://discord.com/channels/1362651680268615795/1362652642546811041/1370743689906880622 |
| 춘식월드 | Website (if applicable) |  |
|  | Discord Server ID | 1217761429793406976 |
|  | Infringer UID | 1232244178591813683, 1210707330195398716, 299171767174561792 |



|  | Invite Code | https://discord.com/invite/wRKtg8ZnEu |
|---|---|---|
|  | Example message link of infringing activity | https://discord.com/channels/1217761429793406976/1217772322879180911/1373246311062573119 |
| Justice | Website (if applicable) |  |
|  | Discord Server ID | 1293087546074726420 |
|  | Infringer UID | 1367009761056391222 |
|  | Invite Code | https://discord.com/invite/Hy9M7HChwC |
|  | Example message link of infringing activity | https://discord.com/channels/1293087546074726420/1293120145568305253/1377182835575885835 |
| 활주 | Website (if applicable) |  |
|  | Discord Server ID | 1347575541624082584 |
|  | Infringer UID | 1347569590397571113 |
|  | Invite Code | https://discord.com/invite/nCTbprPxGk |
|  | Example message link of infringing activity | https://discord.com/channels/1347575541624082584/1347575543243079683/1376514921843654686 |
| 헤스티아 | Website (if applicable) |  |
|  | Discord Server ID | 1374996580305993768 |
|  | Infringer UID | 1339735120470343781, 906167221733163089, 680371521126006785 |
|  | Invite Code | https://discord.com/invite/HrzTDuq4rX |
|  | Example message link of infringing activity | https://discord.com/channels/1374996580305993768/1375002977013596170/1375002977013596170 |
| 웨일 | Website (if applicable) |  |
|  | Discord Server ID | 1299959012309205063 |
|  | Infringer UID | 1278436457899622580 |
|  | Invite Code | https://discord.com/invite/zckyCcbSdg |
|  | Example message link of infringing activity | https://discord.com/channels/1299959012309205063/1299960164866195546/1350139579746746399 |
| 플랜시아 | Website (if applicable) |  |
|  | Discord Server ID | 1299959012309205063 |
|  | Infringer UID | 1278436457899622580 |



|  | Invite Code | https://discord.com/invite/zckyCcbSdg |
|---|---|---|
|  | Example message link of infringing activity | https://discord.com/channels/1299959012309205063/1299960164866195546/1350139579746746399 |
| 히나 | Website (if applicable) |  |
|  | Discord Server ID | 1276199666312151135 |
|  | Infringer UID | 926296805010964502 |
|  | Invite Code | https://discord.com/invite/zcXQKfK3XW |
|  | Example message link of infringing activity | https://discord.com/channels/1276199666312151135/1276513572003909664/1280104950860480534 |
| 라즐리 | Website (if applicable) | https://la-zuli.com/ |
|  | Discord Server ID | 1232912081112662046 |
|  | Infringer UID | 1142646404448264222 |
|  | Invite Code | https://discord.com/invite/hKEd3Tp8sw |
|  | Example message link of infringing activity | https://discord.com/channels/1232912081112662046/1232927172172189786/1307995983350857760 |
| 아리아 | Website (if applicable) | https://ariaworld.net/ |
|  | Discord Server ID | 1266425027214053397 |
|  | Infringer UID | 926365422251556914 |
|  | Invite Code | https://discord.com/invite/YPyhjYFYmk |
|  | Example message link of infringing activity | https://discord.com/channels/1266425027214053397/1266727052556369991/1299649609022312529 |
| 올드 | Website (if applicable) | https://2008old.com/ |
|  | Discord Server ID | 1051859768676974623 |
|  | Infringer UID | 982990103657988146 |
|  | Invite Code | https://discord.com/invite/TpGh4NMSTm |
|  | Example message link of infringing activity | https://discord.com/channels/1051859768676974623/1051865078443552868/1054415716532637798 |
| Extreme | Website (if applicable) |  |
|  | Discord Server ID | 1252812763584008315 |
|  | Infringer UID | 917258178180313120, 659698657616068609 |



|  | Invite Code | https://discord.com/invite/3J2vCpHFSz |
|---|---|---|
|  | Example message link of infringing activity | https://discord.com/channels/1252812763584008315/1268686528884903936/1268688240760717532 |



## 2. Infringed Work – The Kingdom of the winds

| Server Name | Category | Description |
|---|---|---|
| 감자 | Website (if applicable) | https://windbaram.com/ |
| | Discord Server ID | 1200287382684049418 |
| | Infringer UID | 1200286274054008844 |
| | Invite Code | https://discord.com/invite/RXJGcdPMTJ |
| | Example message link of infringing activity | https://discord.com/channels/1200287382684049418/1210949859138605087/1375620051641569493 |
| 노도 | Website (if applicable) | |
| | Discord Server ID | 1318620721982996493 |
| | Infringer UID | 1275112737495584800 |
| | Invite Code | https://discord.com/invite/jeabJUPQU2 |
| | Example message link of infringing activity | https://discord.com/channels/1318620721982996493/1318621842583457802/1325036879611166750 |
| 레드 | Website (if applicable) | |
| | Discord Server ID | 1034025824426409995 |
| | Infringer UID | 867081128229208105 |
| | Invite Code | https://discord.com/invite/vYu2QddKKW |
| | Example message link of infringing activity | https://discord.com/channels/1034025824426409995/1120361664877961247/1351422155786686514 |
| 리마 | Website (if applicable) | |
| | Discord Server ID | 1358745156190343318 |
| | Infringer UID | 1358757997827854550 |
| | Invite Code | https://discord.com/invite/QuBFRJ7DDr |
| | Example message link of infringing activity | https://discord.com/channels/1358745156190343318/1359923237055893545/1372602086356684886 |
| 불멸 | Website (if applicable) | |
| | Discord Server ID | 1316670589162754079 |
| | Infringer UID | 1316668311706144841, 1322106519688318989 |
| | Invite Code | https://discord.com/invite/UNhqc2c6eR |



| | | |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1316670589162754079/1316675793140711424/1326158220644843622 |
| 수호 | Website (if applicable) | |
| | Discord Server ID | 1204246484418306128 |
| | Infringer UID | 349483461490376704 |
| | Invite Code | https://discord.gg/AZKCRaAaCp |
| | Example message link of infringing activity | https://discord.com/channels/1204246484418306128/1207520907178942494/1312277921934868510 |
| 율 | Website (if applicable) | |
| | Discord Server ID | 1339177143313235999 |
| | Infringer UID | 501029508758110209, 671340708614897679 |
| | Invite Code | https://discord.com/invite/3dBhUvRAF4 |
| | Example message link of infringing activity | https://discord.com/channels/1339177143313235999/1339178792966426714/1340532437700186243 |
| 이브 | Website (if applicable) | |
| | Discord Server ID | 1336991137394851891 |
| | Infringer UID | 1336990457204445196 |
| | Invite Code | https://discord.com/invite/RsFYqXwbJ3 |
| | Example message link of infringing activity | https://discord.com/channels/1336991137394851891/1336991727441018942/1375389176953962556 |
| 여명 | Website (if applicable) | |
| | Discord Server ID | 1325825462945058887 |
| | Infringer UID | 863434112261554216 |
| | Invite Code | https://discord.gg/MjgDTs2GMj |
| | Example message link of infringing activity | https://discord.com/channels/1325825462945058887/1326032267189026836/1327199071835914303 |
| 정 | Website (if applicable) | |
| | Discord Server ID | 1364055958900441158 |
| | Infringer UID | 1345196624871424051 |
| | Invite Code | https://discord.com/invite/7WAFRqcfD6 |



| | | |
|---|---|---|
| | Example message link of infringing activity | https://discord.com/channels/1364055958900441158/1364056737111474186/1369697199788789965 |
| 정방 | Website (if applicable) | |
| | Discord Server ID | 1298516454773227560 |
| | Infringer UID | 1212732838772744213 |
| | Invite Code | https://discord.com/invite/8FMwVw3cnV |
| | Example message link of infringing activity | https://discord.com/channels/1298516454773227560/1298518939596488737/1371430325795684354 |
| 크라운 | Website (if applicable) | |
| | Discord Server ID | 1350998216895758387 |
| | Infringer UID | 318023219741458433 |
| | Invite Code | https://discord.com/invite/V5WFz6FuhT |
| | Example message link of infringing activity | https://discord.com/channels/1350998216895758387/1353999824009170977/1376155609015128215 |
| 향기 | Website (if applicable) | https://baramhyangky.com/ |
| | Discord Server ID | 1129281116394770512 |
| | Infringer UID | 1129279878940864563 |
| | Invite Code | https://discord.com/invite/GUkzgDh9af |
| | Example message link of infringing activity | https://discord.com/channels/1129281116394770512/1129313725900410900/1129328170663936002 |
| 떡쇠 | Website (if applicable) | https://oldbaram.com<br>https://winbaram.com/ |
| | Discord Server ID | 1297913251811561533 |
| | Infringer UID | 552163852205293568 |
| | Invite Code | https://discord.com/invite/7Jv24dFnrD |
| | Example message link of infringing activity | https://discord.com/channels/1297913251811561533/1356439433167245505/1373175662978007141 |
| 불홍 | Website (if applicable) | https://booltokki.com/ |
| | Discord Server ID | 1263049882755928074 |
| | Infringer UID | 1263040726397091933 |



|  | Invite Code | https://discord.com/invite/3nhjWDq5YK |
|---|---|---|
|  | Example message link of infringing activity | https://discord.com/channels/1263049882755928074/1263052712988114954/1296337724441104394 |



**Exhibits – Private Server Promoter**

## 1. Infringed Work – MapleStory

| Server Name | Category | Description |
|---|---|---|
| FM Archive | Website (if applicable) | |
| | Discord Server ID | 1227106394805764147 |
| | Infringer UID | 799190950752288799 |
| | Invite Code | https://discord.com/invite/MKvfGnxgd2 |
| | Example message link of infringing activity | https://discord.com/channels/1227106394805764147/1227495644357201931/1227498877033250836 |
| | | https://discord.com/channels/1227106394805764147/1227495644357201931/1227500668768747630 |
| | | https://discord.com/channels/1227106394805764147/1227495983961608193/1355791530433970187 |
| 프리웨어 | Website (if applicable) | |
| | Discord Server ID | 954742710659608617 |
| | Infringer UID | 1040122600812187688, 215561698508144650 |
| | Invite Code | https://discord.gg/rx4FMJFCNQ |
| | Example message link of infringing activity | https://discord.com/channels/954742710659608617/1171528810404007937/1375797416615215115 |
| | | https://discord.com/channels/954742710659608617/1171528810404007937/1364601908647563408 |
| | | https://discord.com/channels/954742710659608617/1171528810404007937/1347665685911699557 |